Fourteenth Amendment?"

No. 76–6372. QUILLOIN v. WALCOTT ET VIR. Appeal from Sup. Ct. Ga. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 76–1193. UNITED STATES v. JACOBS, AKA "MRS. KRAMER." C. A. 2d Cir. Certiorari granted.

No. 75–1013. BRONCUCIA v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 76–274. LOUIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–992. FULLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1124. GEDRA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–1160. ALLIED MILLS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 76–1176. GOLDBERG v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 76–1177. SWAINSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1223. SPRAGUE v. FITZPATRICK. C. A. 3d Cir. Certiorari denied.